NUMBER  13-05-00339-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 



CORPUS CHRISTI - EDINBURG

 





 





IN RE: EMPLOYERS REINSURANCE CORPORATION, Relator  

 





 

On Petition for Writ of
Mandamus  





 





 

MEMORANDUM OPINION

 

Before Chief Justice Valdez and
Justices Hinojosa and Rodriguez 

Memorandum Opinion Per Curiam

 

On May 20, 2005, relator, Employers Reinsurance Corporation, filed a petition for writ of mandamus
requesting that this Court direct the respondent, the Honorable Benjamin
Euresti, presiding judge of the 107th Judicial District Court of Cameron
County, Texas, to enter an order dismissing the claims pending against it in
Cause No. 2001-10-004633-A.  After
reviewing the petition, this Court requested a response.  The real parties in interest, Vera Webster
and Charles Webster, filed a response on July 5, 2005. 












Having reviewed the petition for writ of mandamus,
documents on file, and the response of the real parties in interest, this Court
is of the opinion that the petition for writ of mandamus should be denied.

Accordingly, relator=s
petition for writ of mandamus is hereby denied. 

 

PER CURIAM

 

 

Memorandum Opinion delivered and filed

this 21st day of July, 2005.